IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZALITA,

　　Petitioner,

　　v.

OBAMA, et al.,

　　Respondents.

Case No. 05-CV-1220 (RCL)

# FILED

## AUG 2 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[PROPOSED] ORDER

For good cause shown, it is hereby

**ORDERED** that the time for filing Petitioner's Reply in support of his sealed *Motion*,

filed June 1, 2012 (Dkt. No. 273) be extended until and through September 10, 2012.

**SO ORDERED.**

Dated: 8/27/12

HON. ROYCE C. LAMBERTH
Chief Judge, U.S. District Court